RECEIVED
BY MAIL
MAY 09 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Robert J. Carye, Jr.

Court File No.: 02-765

Plaintiff,

vs.

**STIPULATION FOR REMAND**

Jeffrey Lavell d/b/a St. Paul, MN Accident & Injury Center,
Joe Biernat d/b/a St. Paul, MN Accident & Injury Center,
Specific Family Chiropractic, LLC.,
Specific Chiropractic PC.,

Defendants.

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the same may be and hereby is remanded to the Ramsey County District Court, for further proceedings on the merit, as the matter has been filed in the Ramsey County District Court, and assigned Court File Number CO-02-3579, and the parties hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order for Remand directing the case to proceed in Ramsey County District Court.

Dated: 5-3-2002

**PLAINTIFF:**

Robert J. Carye, Jr.
Plaintiff, Pro Se
2291 Hazelwood Street
Maplewood, MN 55109
651-702-6777

Dated: 4|15|02

**REDLINGER LAW FIRM, P.A.**

Lance J. Redlinger (#282686)
517 Tanglewood Drive
St. Paul, MN 55126
(651) 765-1312

***Attorney for Defendant Jeffrey Lavell, Joe Biernat,***
***Specific Family Chiropractic, LLC., and Specific Chiropractic PC.,***

**ORDER FOR REMAND**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith remand the above-entitled action to the Ramsey County District Court, as the matter has been filed in Ramsey County District Court under Court File Number CO-02-3579.

Dated this 13th day of May, 2002.

BY THE COURT:

[signature]

Judge of U.S. District Court